# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAREN ANN MARINI, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | : | NO. 10-1730 |
| Defendant. | : | |

## ORDER

AND NOW, on this 28th day of December, 2010, upon careful consideration of Plaintiff's Complaint (ECF No. 1) and Motion for Summary Judgment (ECF No. 7), and the Commissioner's response thereto (ECF No. 8), and for the reasons in the accompanying Memorandum on Plaintiff's Motion for Summary Judgment, it is hereby ORDERED as follows:

1. Plaintiff's request for review is DENIED and her Complaint is DISMISSED with prejudice.

2. The Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Todd\10-1730 Marini v. Astrue\Order.wpd